Lindsey H. Morales, Esq.
State Bar No. 11519
McCALLA RAYMER LEIBERT PIERCE, LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Facsimile: (702) 444-3103
*Attorney for Navy Federal Credit Union*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| ERIC PAIGE,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | CASE NO.: 2:21-cv-01255-GMN-VCF<br><br>**STIPULATION TO EXTEND NAVY FEDERAL CREDIT UNION'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**[FIRST REQUEST]** |

**STIPULATION TO EXTEND NAVY FEDERAL CREDIT UNION'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**
(First Request)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Eric Paige, through his counsel Craig B. Friedberg, Esq. and Taylor L. Kosla, Esq., and Defendant Navy Federal Credit Union, by and through its counsel, Lindsey H. Morales, Esq. that the date for Navy Federal Credit Union to answer or otherwise respond to Plaintiff's Complaint shall be extended from July 30, 2021 until August 13, 2021.

///

///

///

1  This is the parties' first request, made in good faith and not for the purposes of delay. Navy Federal Credit Union is currently researching the allegations set forth in the Complaint. Additionally, the parties intend to use this time to exchange information which may ultimately result in settlement of the case in full.

**APPROVED AS TO FORM AND CONTENT:**

Dated: _07/29/2021_                                              Dated: _07/29/2021_

 _/s/Craig B. Friedberg_____                   _/s/Lindsey H. Morales_____
Craig B. Friedberg                                                    Lindsey H. Morales
Law Offices of Craig B. Friedberg                         McCALLA RAYMER LEIBERT PIERCE, LLP
4760 South Pecos Road                                          1635 Village Center Circle, Suite 130
Suite 103                                                                   Las Vegas, Nevada 89134
Las Vegas, NV 89121-                                             Telephone: (702) 425-7267
702-435-7968                                                            Facsimile: (702) 444-3103
Fax: 702-946-0887                                                    Email: lindsey.morales@mccalla.com
Email: attcbf@cox.net                                              *Attorney for Defendant*
*Attorney for Plaintiff*

Dated: _07/29/2021_


 _/s/Taylor L. Kosla_____
Taylor L. Kosla
Agruss Law Firm, LLC
4809 N. Ravenwood Ave., Suite 419
Chicago, IL 60640
312-224-4695
Fax: 312-253-4451
Email: taylor@agrusslawfirm.com
*Attorney for Plaintiff*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _7-30-2021_____