Lindsey H. Morales, Esq.
State Bar No. 11519
McCALLA RAYMER LEIBERT PIERCE, LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Facsimile: (702) 444-3103
*Attorney for Navy Federal Credit Union*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| ERIC PAIGE,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | CASE NO.: 2:21-cv-01255-GMN-VCF<br><br>**STIPULATION TO EXTEND NAVY FEDERAL CREDIT UNION'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**[SECOND REQUEST]** |

**STIPULATION TO EXTEND NAVY FEDERAL CREDIT UNION'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**
(Second Request)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Eric Paige, through his counsel Craig B. Friedberg, Esq. and Taylor L. Kosla, Esq., and Defendant Navy Federal Credit Union, by and through its counsel, Lindsey H. Morales, Esq. that the date for Navy Federal Credit Union to answer or otherwise respond to Plaintiff's Complaint shall be extended from August 13, 2021 until August 30, 2021.

///

///

///

-1-

This is the parties' second request, made in good faith and not for the purposes of delay. As an initial matter, the parties' prior stipulation erroneously extended Defendant Navy Federal Credit Union's response deadline to August 13, 2021. The intended extended deadline was August 14, 2021, mutually agreed to by the parties, and the inclusion of the August 13, 2021 deadline was a scrivener's error. Unfortunately, this error was not discovered until today.

Pursuant to NRCP 6, the parties therefore intended for the Defendant to file its response and/or any additional requests for continuances by August 16, 2021. The parties therefore respectfully request the Court grant this stipulation as timely or, in the alternative, allow for the parties to produce declarations in support of the above statements if the Court deems necessary.

///
///
///

During the previously granted extension, the parties in this matter cooperatively exchanged pertinent documents, records, and information related to Plaintiff's allegations. The parties have agreed to pursue settlement and are currently engaged in on-going substantive settlement negotiations which, if successful, will resolve this matter in full. Given this, the parties therefore request a second extension of time from August 16, 2021 until August 30, 2021.

**APPROVED AS TO FORM AND CONTENT:**

Dated: _08/16/2021_                                    Dated: _08/16/2021_

_/s/Craig B. Friedberg_____                   _/s/Lindsey H. Morales_____
Craig B. Friedberg                                     Lindsey H. Morales
Law Offices of Craig B. Friedberg                      McCALLA RAYMER LEIBERT PIERCE, LLP
4760 South Pecos Road                                  1635 Village Center Circle, Suite 130
Suite 103                                              Las Vegas, Nevada 89134
Las Vegas, NV 89121-                                   Telephone: (702) 425-7267
702-435-7968                                           Facsimile: (702) 444-3103
Fax: 702-946-0887                                      Email: lindsey.morales@mccalla.com
Email: attcbf@cox.net                                  *Attorney for Defendant*
*Attorney for Plaintiff*

Dated: _08/16/2021_


_/s/Taylor L. Kosla_____
Taylor L. Kosla
Agruss Law Firm, LLC
4809 N. Ravenwood Ave., Suite 419
Chicago, IL 60640
312-224-4695
Fax: 312-253-4451
Email: taylor@agrusslawfirm.com
*Attorney for Plaintiff*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** __8-24-2021_____