Craig Friedberg, Esq. (NV 4606)
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
(702) 435-7968 – telephone
attcbf@cox.net

Taylor L. Kosla, Esq. (SBN 632780)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Telephone: (312) 224-4695
Facsimile: (312) 253-4451
taylor@agrusslawfirm.com

*Attorneys for Plaintiff*,
ERIC PAIGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC PAIGE, | ) |
| | ) Case No. 2:21-cv-01255-GMN-VCF |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NAVY FEDERAL CREDIT UNION, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO DISMISS**

Plaintiff, ERIC PAIGE, and Defendant, NAVY FEDERAL CREDIT UNION, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

1

DATED:  November 12, 2021                     RESPECTFULLY SUBMITTED BY:

| /s/ Taylor L. Kosla | /s/ Lindsey H. Morales |
|---|---|
| Taylor L. Kosla | Lindsey H. Morales |
| IL SBN: 6327180 | McCALLA RAYMER LEIBERT PIERCE, LLP |
| Agruss Law Firm, LLC | 1635 Village Center Circle, Suite 130 |
| 4809 N. Ravenswood Ave. Suite 419 | Las Vegas, Nevada 89134 |
| Chicago, IL 60602 | 708-906-0053 |
| Tel: 312-224-4695 | Lindsey.morales@mccalla.com |
| Fax: 312-253-4451 | Attorney for Defendant |
| taylor@agrusslawfirm.com | |
| -and- | |
| Craig Friedberg, Esq. (NV 4606) LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ. 4760 South Pecos Road, Suite 103 Las Vegas, Nevada 89121 *Attorneys for Plaintiff* | |

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __12__ day of November, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent through the Court's Electronic Case Filing System.

By: */s/* Taylor L. Kosla
Taylor L. Kosla